IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:15-cv-1063

| | | |
|---|---|---|
| ACTION NC, DEMOCRACY NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, SHERRY DENISE HOLVERSON, ISABEL NAJERA, and ALEXANDRIA MARIE LANE, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **MOTION TO DISMISS** |
| vs. | ) ) ) | |
| KIM WESTBROOK STRACH, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; RICK BRAJER, *in his official capacity as Secretary of the North Carolina Department of Health and Human Services*; KELLY THOMAS, *in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles*, and NICK TENNYSON, *in his official capacity as Secretary of the North Carolina Department of Transportation*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

NOW COMES Defendant, Defendant KIM WESTBROOK STRACH, in her

official capacity as Executive Director of the North Carolina State Board of Elections by

and through undersigned counsel, pursuant to Rules 12(b)(1), (2), and (6) of the Federal

Rules of Civil Procedure, and moves for the dismissal of Plaintiffs' Complaint for lack of

personal jurisdiction, lack of subject matter jurisdiction, failure to state a claim, and

Eleventh Amendment immunity. In support of this Motion, Defendant relies on the Complaint and the detailed arguments and dispositive authorities contained in Defendant's Memorandum of Law filed contemporaneously herewith. Specifically, this Court should dismiss Plaintiffs' claims in their entirety for the following reasons:

1.      Individual Plaintiffs each lack standing to maintain this action because each is registered to vote. Plaintiff Holverson's lack of standing in this regard appears on the face of the Complaint. The Declaration of Brian Neesby, appended hereto as Attachment 1, sets forth the facts in support of the lack of standing for Plaintiff Lane and Plaintiff Najera. The Declaration is submitted on the grounds that this Court may consider factual matters apart from the Complaint on a motion to dismiss based on jurisdictional issues. *See Adams v. Bain*, 697 F.2d 1213, 1219 (4th Cir. 1982); *Evans v. B.F. Perkins Co.*, 166 F.3d 642, 647 (4th Cir. 1999). The fact that each Plaintiff is registered to vote raises both the Eleventh Amendment immunity bar, as well as demonstrates a lack of standing, and claims by these Individual Plaintiffs should be dismissed pursuant to Rule 12(b)(1), and/or Rule 12(b)(2).

2.      Individual Plaintiffs each lack standing to maintain a claim based on alleged online deficiencies with the North Carolina Department of Motor Vehicles ("DMV") voter registration services and these claims should be dismissed pursuant to Rule 12(b)(1).

3.      Plaintiff Organizations lack standing as to each of their claims: (a) *in-person* transactions under Section 7 of the NVRA; (b) remote/online transactions under

2

Section 7; (c) *in-person* transactions at DMV under Section 5 of the NVRA; and (d) online transactions through DMV under Section 5 of the NVRA. These claims should be dismissed pursuant to Rule 12(b)(1).

4.    Plaintiff Organizations' letter, dated May 8, 2015, was referenced in the Complaint, but not provided. This letter is appended to Defendant's Answer. The insufficiency of this letter raises the Eleventh Amendment immunity bar as discussed in the accompanying Memorandum In Support of Motion to Dismiss and subjects Plaintiff Organizations' claims brought under Section 7 of the NVRA to dismissal pursuant to Rule 12(b)(1), or alternatively, pursuant to Rule 12(b)(2) or Rule (12)(b)(6).

5.    Plaintiffs fail to state a claim for relief for claims pertaining to online and remote transactions under Section 5 and Section 7 of the NVRA, as well as fail to state a claim pertaining to third-party contractors under Section 7 of the NVRA. These claims should be dismissed pursuant to Rule 12(b)(6).

This the 17th day of March, 2016.

ROY COOPER
ATTORNEY GENERAL

/s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
State Bar No. 13654
Email: apeters@ncdoj.gov

/s/ Lauren M. Clemmons
Lauren M. Clemmons
Special Deputy Attorney General
State Bar No. 15987
Email: lclemmons@ncdoj.gov

3

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 761-6900

## CERTIFICATE OF SERVICE

I hereby certify that on 17 March 2016, I electronically filed the foregoing

MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to:

Anita S. Earls
Allison J. Riggs
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham NC  27707

Matthew M. D'Amore
Joshua R. Stein
Morrison & Foerster LLP
250 West 55th Street
New York NY  10019

Steven M. Kaufmann
Kirk A. Sigmon
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington DC  20006

Stuart Naifeh
Naila Awan
Dēmos
220 Fifth Ave., 2nd Flr.
New York NY  10001

Dorian L. Spence
Robert Kengle
Ezra Rosenberg
Lawyers' Committee for Civil Rights
Under Law
1401 New York, Ave., NW
Suite 400
Washington DC  20005

Catherine M. Flanagan
Sarah Brannon
Project Vote
805 15th Street, NW
Suite 250
Washington DC  20005

This the 17th day of March, 2016.


/s/ Lauren M. Clemmons
Lauren M. Clemmons
Special Deputy Attorney General

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-CV-1063**

| | | |
|---|---|---|
| ACTION NC, DEMOCRACY NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, SHERRY DENISE HOLVERSON, ISABEL NAJERA, and ALEXANDRIA MARIE LANE, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KIM WESTBROOK STRACH, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; RICK BRAJER, *in his official capacity as Secretary of the North Carolina Department of Health and Human Services*; KELLY THOMAS, *in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles*, and NICK TENNYSON, *in his official capacity as Secretary of the North Carolina Department of Transportation*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **DECLARATION OF BRIAN NEESBY** |
| Defendants. | ) | |

**NOW COMES** Brian Neesby, who under penalty of perjury states as follows:

1.      I am over 18 years of age, legally competent to give this declaration and have personal knowledge of the facts set forth in it.

2.      I am a Business Systems Analyst at the North Carolina State Board of Elections ("State Board"); I have held this position since October 2014.

3.      I have access to business records relating to voter registration that are stored within the Statewide Election Information Management System ("SEIMS"), a suite of databases and applications maintained by and in the custody of the State Board.

4.      I am familiar with the SEIMS system and the manner in which the business records of the State Board were generated, which were created in the regular course of business at or near the time of the events recorded and that are based upon the personal knowledge of the election official making the record.

5.      In the course of performing my day-to-day duties as Business Systems Analyst, I regularly review voter registration records maintained in the SEIMS system.

6.      Certain SEIMS registration data is accessible via a public voter lookup web application ("Voter Lookup").

7.      I have reviewed SEIMS registration records for Sherry Denise Holverson, Isabel Najera, and Alexandria Marie Lane.

8.      Voter registration records indicate that Sherry Denise Holverson is currently registered to vote in Cumberland County. See the attached screenshot from the Voter Lookup (Exhibit 1).

9.      Voter registration records indicate that Isabel Najera is currently registered to vote in Sampson County.  See the attached screenshot from the Voter Lookup (Exhibit 2).

10.     Voter registration records indicate that Alexandria Marie Lane is currently registered in Wake County.  See the attached screenshot from the Voter Lookup (Exhibit 3)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2016.

Brian Neesby, Business Systems Analyst
North Carolina State Board of Elections

# NC Public Voter Information

New Search

## Voter Details

SHERRY DENISE HOLVERSON
1142 CHRISTINA ST
FAYETTEVILLE, NC 28314

| | |
|---|---|
| **County:** | CUMBERLAND |
| **Status:** | ACTIVE |
| **Voter Reg Num:** | 000166123020 |
| **NCID:** | BE320922 |

| | |
|---|---|
| **Party:** | DEM |
| **Race:** | BLACK or AFRICAN AMERICAN |
| **Ethnicity:** | NOT HISPANIC or NOT LATINO |
| **Gender:** | FEMALE |
| **Registration Date:** | 10/05/2015 |
| **NCDMV Customer:** | Yes |

## Jurisdictions

| | |
|---|---|
| **Precinct:** | LAKE RIM |
| **VTD:** | LR63 |
| **Congress:** | CONGRESSIONAL DISTRICT 4 |
| **NC Senate:** | NC SENATE DISTRICT 21 |
| **NC House:** | NC HOUSE DISTRICT 42 |
| **Superior Court:** | 12B SUPERIOR COURT |
| **Judicial:** | 12TH JUDICIAL |
| **Prosecutorial:** | 12TH PROSECUTORIAL |
| **County Commissioner:** | COMMISSIONER #2 |
| **Municipality:** | FAYETTEVILLE |
| **Ward:** | 8TH |
| **School:** | SCHOOL #2 |

## Election Day Polling Place

CITY OF FAYETTEVILLE FIRE STATION #11
7690 RAEFORD RD
FAYETTEVILLE, NC 28314

## ⊟ Sample Ballots

| Election | Ballot(s) |
|---|---|
| 3/15/2016 PRIMARY | D018 |
| 6/7/2016 PRIMARY | Ballots not assigned yet. |
| 11/8/2016 GENERAL | Ballots not assigned yet. |

## ⊟ Voter History (5)

| Election | Voted Method | Voted County | Voted Party |
|---|---|---|---|
| 05/06/2014 PRIMARY | ABS-1STOP | CUMBERLAND | DEMOCRATIC |
| 11/06/2012 GENERAL | ABS-1STOP | CUMBERLAND | |
| 05/08/2012 PRIMARY | IN-PERSON | CUMBERLAND | DEMOCRATIC |
| 11/08/2011 MUNICIPAL | IN-PERSON | CUMBERLAND | |
| 11/02/2010 GENERAL | IN-PERSON | CUMBERLAND | |

## ⊞ Absentee Request (1)

EXHIBIT 1

# NC Public Voter Information

New Search

## Voter Details

ISABEL NAJERA
314 BUBBA GUMP LN
SALEMBURG, NC 28385

| | |
|---|---|
| **County:** | SAMPSON |
| **Status:** | ACTIVE |
| **Voter Reg Num:** | 000001097620 |
| **NCID:** | DX61655 |

| | |
|---|---|
| **Party:** | UNA |
| **Race:** | WHITE |
| **Ethnicity:** | HISPANIC or LATINO |
| **Gender:** | FEMALE |
| **Registration Date:** | 10/29/2014 |
| **NCDMV Customer:** | Yes |

## Election Day Polling Place

LAKEWOOD HIGH SCHOOL GYM
245 LAKEWOOD SCHOOL RD
SALEMBURG, NC 28385

⊞ **Sample Ballots**

⊟ **Voter History (0)**

⊞ **Absentee Request (0)**

## Jurisdictions

| | |
|---|---|
| **Precinct:** | LAKEWOOD |
| **VTD:** | LAKE |
| **Congress:** | CONGRESSIONAL DISTRICT 7 |
| **NC Senate:** | NC SENATE DISTRICT 10 |
| **NC House:** | NC HOUSE DISTRICT 22 |
| **Superior Court:** | 4A SUPERIOR COURT |
| **Judicial:** | 4TH JUDICIAL |
| **Prosecutorial:** | 4TH PROSECUTORIAL |
| **County Commissioner:** | COMMISSION #4 |
| **School:** | SCHOOL N |

EXHIBIT 2

# NC Public Voter Information

New Search

## Voter Details

ALEXANDRIA MARIE LANE
4349 AVENT FERRY RD # 3
RALEIGH, NC 27606

| | |
|---|---|
| **County:** | WAKE |
| **Status:** | ACTIVE |
| **Voter Reg Num:** | 000100398521 |
| **NCID:** | DE250246 |

| | |
|---|---|
| **Party:** | UNA |
| **Race:** | WHITE |
| **Ethnicity:** | NOT HISPANIC or NOT LATINO |
| **Gender:** | FEMALE |
| **Registration Date:** | 11/04/2014 |
| **NCDMV Customer:** | Yes |

## Jurisdictions

| | |
|---|---|
| **Precinct:** | PRECINCT 01-48 |
| **VTD:** | 01-48 |
| **Congress:** | CONGRESSIONAL DISTRICT 4 |
| **NC Senate:** | NC SENATE DISTRICT 16 |
| **NC House:** | NC HOUSE DISTRICT 11 |
| **Superior Court:** | NC SUPERIOR COURT DISTRICT 10A |
| **Judicial:** | NC JUDICIAL DISTRICT 10 |
| **Prosecutorial:** | 10TH PROSECUTORIAL |
| **County Commissioner:** | COUNTY COMMISSIONER 4A |
| **Municipality:** | RALEIGH |
| **Ward:** | RALEIGH MUNICIPAL DISTRICT D |
| **School:** | BOARD OF EDUCATION DISTRICT 05 |

## Election Day Polling Place

WESTERN BOULEVARD PRESBYTERIAN CHURCH
4900 KAPLAN DR
RALEIGH, NC 27606

## ⊞ Sample Ballots

## ⊟ Voter History (4)

| Election | Voted Method | Voted County | Voted Party |
|---|---|---|---|
| 11/03/2015 MUNICIPAL | IN-PERSON | WAKE | |
| 11/02/2010 GENERAL | ABS-1STOP | ORANGE | |
| 11/03/2009 MUNICIPAL | IN-PERSON | ORANGE | |
| 11/04/2008 GENERAL | IN-PERSON | ORANGE | |

## ⊞ Absentee Request (0)

EXHIBIT 3