IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:15-CV-1063

| | |
|---|---|
| ACTION NC, DEMOCRACY NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, SHERRY DENISE HOLVERSON, ISABEL NAJERA, and ALEXANDRIA MARIE LANE,<br><br>Plaintiffs,<br><br>v.<br><br>KIM W. STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections,<br><br>RICK BRAJER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services,<br><br>KELLY THOMAS, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and<br><br>NICKY TENNYSON, in his official capacity as Secretary of the North Carolina Department of Transportation,<br><br>Defendants. | **DEFENDANTS BRAJER, THOMAS, AND TENNYSON'S MOTION TO DISMISS** |

Defendants Rick Brajer, in his official capacity as Secretary of the North Carolina Department of Health and Human Services; Kelly Thomas, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles; and Nick Tennyson, in his official capacity as Secretary of the North Carolina Department of Transportation (collectively "Moving Defendants"), file this Motion to Dismiss plaintiffs' Complaint pursuant to the Eleventh Amendment to the United States Constitution and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants Brajer, Thomas, and Tennyson have contemporaneously filed a memorandum of law in support of this motion.

WHEREFORE, Defendants Brajer, Thomas, and Tennyson respectfully request that this Court dismiss all claims asserted against them in this action.

Respectfully submitted this 17th day of March, 2016.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Thomas A. Farr
        Thomas A. Farr (N.C. Bar No.: 10871)
        thomas.farr@ogletreedeakins.com
        Phillip J. Strach (N.C. Bar No.: 29456)
        phil.strach@ogletreedeakins.com
        Michael D. McKnight (N.C. Bar No.: 26932)
        michael.mcknight@ogletreedeakins.com
        Patrick D. Lawler (N.C. Bar No.: 47882)
        patrick.lawler@ogletreedeakins.com
        4208 Six Forks Road, Suite 1100
        Raleigh, NC  27609
        Telephone:  919.787.9700
        Facsimile:  919.783.9412

        /s/ Amy Pocklington
        Amy Pocklington (VA Bar No.: 45233)
        amy.pocklington@odnss.com
        901 East Byrd Street, Suite 900
        Richmond, Virginia 23219
        Telephone: 804.663.2335
        Facsimile: 804.225.8641

        *Attorneys for N.C. DHHS, N.C. DMV, and N.C.*
        *DOT Defendants*

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Anita S. Earls
Allison J. Riggs
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
anita@southerncoalition.org

Stuart Naifeh
Naila Awan
Demos
220 Fifth Ave., 2nd Floor
New York, NY 10001
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
snaifeh@demos.org

Dorian L. Spence
Robert Kengle
Ezra Rosenberg
Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
dspence@lawyerscommittee.org

Catherine M. Flanagan
Sarah Brannon
Project Vote
805 15th Street, NW, Suite 250
Washington, DC 20005
cflanagan@projectvote.org

Matthew M. D'Amore
Joshua R. Stein
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
MDAmore@mofo.com

Steven M. Kaufmann
Kirk A. Sigmon
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
SKaufmann@mofo.com

*Attorneys for Plaintiffs*

This, the 17th day of March, 2016.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Thomas A. Farr
        Thomas A. Farr (N.C. Bar No.: 10871)
        thomas.farr@ogletreedeakins.com
        Phillip J. Strach (N.C. Bar No.: 29456)
        phil.strach@ogletreedeakins.com
        Michael D. McKnight (N.C. Bar No.: 26932)
        michael.mcknight@ogletreedeakins.com
        Patrick D. Lawler (N.C. Bar No.: 47882)
        patrick.lawler@ogletreedeakins.com
        4208 Six Forks Road, Suite 1100
        Raleigh, NC  27609
        Telephone:  919.787.9700
        Facsimile:  919.783.9412

        *Attorneys for N.C. DHHS, N.C. DMV, and N.C. DOT Defendants*