IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ACTION NC,<br><br>DEMOCRACY NORTH CAROLINA,<br><br>NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE,<br><br>SHERRY DENISE HOLVERSON,<br><br>ISABEL NAJERA, and<br><br>ALEXANDRIA MARIE LANE,<br><br>      Plaintiffs,<br><br>   v.<br><br>**KIM WESTBROOK STRACH,**<br>*in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>**RICK BRAJER,**<br>*in his official capacity as Secretary of the North Carolina Department of Health and Human Services*,<br><br>**KELLY THOMAS,**<br>*in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles*, and<br><br>**NICK TENNYSON,**<br>*in his official capacity as Secretary of the North Carolina Department of Transportation*,<br><br>      Defendants. | Civil Action No. 1:15-cv-01063-LCB-JLW<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION**

Plaintiffs Action NC, Democracy North Carolina, North Carolina A Philip Randolph Institute, Sherry Denise Holverson, Isabel Najera, and Alexandria Marie Lane (collectively, "Plaintiffs"), through their undersigned counsel, hereby move the Court for a preliminary injunction requiring Defendants to protect the voters of North Carolina and comply with Sections 5 and 7 of the National Voter Registration Act of 1993, 52 U.S.C. § 20501 et seq. ("NVRA"), and to take measures to remedy past and preclude future violations of the law.

In support hereof, this motion is based on this notice of motion and motion, memorandum of points and authorities, the pleadings and papers on file herein, such other argument and evidence as may be presented to the Court at a hearing on the motion, and the declarations of Christopher Butler ("Butler Decl."), Pamela Cataldo ("Cataldo Decl."), Matthew M. D'Amore ("D'Amore Decl."), Colline Ferrier ("Ferrier Decl."), Catherine M. Flanagan ("Flanagan Decl."), Robert Hall ("Hall Decl."), Sherry Denise Holverson ("Holverson Decl."), Juliette Muniz Lafargue ("Lafargue Decl."), Alexandria Marie Lane ("Lane Decl."), Alexander P. McCoy ("McCoy Decl."), Melvin Montford ("Montford Decl."), Isabel Najera ("Najera Decl."), and Emily Seawell ("Seawell Decl.").

WHEREFORE, Plaintiffs respectfully request that this Court approve their requested motion for a preliminary injunction. A proposed order is attached hereto as Exhibit A.

Dated: March 21, 2016                                   Respectfully submitted,

Stuart Naifeh*                                          By:    /s/ Allison J. Riggs_____
Naila Awan*                                             Allison J. Riggs (State Bar #40028)
Dēmos                                                   Anita S. Earls (State Bar #15597)
220 Fifth Ave., 2nd Flr.                                Southern Coalition for Social Justice
New York, NY 10001                                      1415 West Highway 54, Suite 101
Telephone: 212-485-6055                                 Durham, NC 27707
Email: snaifeh@demos.org                                Telephone: 919-323-3380
                                                        Facsimile: 919-323-3942
Dorian L. Spence*                                       Email: anita@southerncoalition.org
Lawyers' Committee for Civil Rights
   Under Law                                            By:    /s/ Matthew M. D'Amore_____
1401 New York Avenue, NW, Suite 400                     Matthew M. D'Amore*
Washington, D.C. 20005                                  Joshua R. Stein*
Telephone: 202-662-8600                                 MORRISON & FOERSTER LLP
Email: dspence@lawyerscommittee.org                     250 West 55th Street
                                                        New York, NY 10019
Catherine M. Flanagan*                                  Telephone: 212-468-8168
Project Vote                                            Email: MDAmore@mofo.com
1420 K Street, NW, Suite 700
Washington, D.C. 20005                                  Steven M. Kaufmann*
Telephone: 202-546-4173                                 Kirk A. Sigmon*
Email: cflanagan@projectvote.org                        MORRISON & FOERSTER LLP
                                                        2000 Pennsylvania Avenue, NW, Suite 6000
                                                        Washington, D.C. 20006
                                                        Telephone: 202-887-8749
                                                        Email: SKaufmann@mofo.com

                                                        *Counsel for All Plaintiffs*

---

* Appearing pursuant to local rule 83.1(d).

3

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I have electronically filed Plaintiffs' Notice of Motion and Motion for Preliminary Injunction with the Court using the CM/ECF system, which will send electronic notification to the following:

Lauren M. Clemmons
Alexander McClure Peters
N.C. Department of Justice
POB 629
Raleigh, NC 27602-0629
Email: lclemmons@ncdoj.gov
Email: apeters@ncdoj.gov

*Counsel for Defendant Kim Westbrook Strach*

Thomas A. Farr
Michael Douglas McKnight
Patrick D. Lawler
Phillip John Strach
Ogletree Deakins Nash Smoak & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Email: thomas.farr@ogletreedeakins.com
Email: michael.mcknight@odnss.com
Email: patrick.lawler@ogletreedeakins.com
Email: phil.strach@ogletreedeakins.com

*Counsel for Defendants Rick Brajer,
Kelly Thomas, and Nick Tennyson*

Dated this 21st day of March, 2016.

By: /s/ Matthew M. D'Amore