IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:15-cv-1063

ACTION NC, DEMOCRACY NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, SHERRY DENISE HOLVERSON, ISABEL NAJERA, and ALEXANDRIA MARIE LANE,

Plaintiffs,

vs.

KIM WESTBROOK STRACH, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; RICK BRAJER, *in his official capacity as Secretary of the North Carolina Department of Health and Human Services*; KELLY THOMAS, *in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles*, and NICK TENNYSON, *in his official capacity as Secretary of the North Carolina Department of Transportation*,

Defendants.

DEFENDANT STRACH'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

NOW COMES DEFENDANT, Kim Westbrook Strach, in her official capacity as Executive Director of the North Carolina State Board of Elections ("SBE"), by and through undersigned counsel, and hereby submits this Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction. In support of her opposition, Defendant Strach relies upon the following:

1. Defendant Strach's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction filed contemporaneously herewith;

2. The Declaration of Veronica W. Degraffenreid and the Second Declaration of Brian D. Neesby filed contemporaneously herewith;

3. Declarations and the Supporting Memorandum of Authority filed by or on behalf of Co-defendants that contain matters, although not addressed by Defendant Strach in her filings, that also show that Plaintiffs are not entitled to the relief requested; and

4. All other matters of record, including the Complaint (ECF # 1), Defendant Strach's Motion to Dismiss with appended Declaration of Brian D. Neesby (ECF #28), Defendant Strach's Memorandum in Support of Motion to Dismiss (ECF # 29), and Defendant's Answer (ECF # 30).

WHEREFORE, Defendant Strach respectfully requests that this Court deny Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this the 14th day of April 2016.

NORTH CAROLINA DEPARTMENT OF JUSTICE

/s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
Email: apeters@ncdoj.gov

/s/ Lauren M. Clemmons
Lauren M. Clemmons
Special Deputy Attorney General
N.C. State Bar No. 15987
Email: lclemmons@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919)716-6900

## CERTIFICATE OF SERVICE

I hereby certify that on 14 April 2016, I electronically filed the foregoing DEFENDANT STRACH'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Anita S. Earls
Allison J. Riggs
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham NC 27707

Matthew M. D'Amore
Joshua R. Stein
Morrison & Foerster LLP
250 West 55th Street
New York NY 10019

Steven M. Kaufmann
Kirk A. Sigmon
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington DC 20006

Stuart Naifeh
Naila Awan
Dēmos
220 Fifth Ave., 2nd Flr.
New York NY 10001

Dorian L. Spence
Robert Kengle
Ezra Rosenberg
Lawyers' Committee for Civil Rights Under Law
1401 New York, Ave., NW
Suite 400
Washington DC 20005

Catherin M. Flanagan
Sarah Brannon
Project Vote
805 15th Street, NW
Suite 250
Washington DC 20005

This the 14th day of April 2016.

/s/ Lauren M. Clemmons
Lauren M. Clemmons
Special Deputy Attorney General