IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ACTION NC, DEMOCRACY NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, SHERRY DENISE HOLVERSON, ISABEL NAJERA, AND ALEXANDRIA MARIE LANE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:15-cv-1063 |
| KIM WESTBROOK STRACH, RICK BRAJER, KELLY THOMAS, AND NICK TENNYSON, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' MOTIONS TO DISMISS**

Before the Court are Defendant Kim Westbrook Strach's Motion to Dismiss (ECF No. 28) and the Motion to Dismiss (ECF No. 31) filed collectively by Defendants Rick Brajer, Kelly Thomas and Nick Tennyson.

For the reasons, including this Court's Findings of Fact and Conclusions of Law, as set forth in the Memorandum Opinion filed contemporaneously with this Order, which Opinion is incorporated herein as if fully set forth,

**IT IS HEREBY ORDERED** that Defendant Strach's Motion to Dismiss (ECF No. 28) and the Motion to Dismiss (ECF No. 31) filed collectively by Defendants Rick Brajer, Kelly Thomas and Nick Tennyson are DENIED WITH PREJUDICE.

This, the 27th day of October, 2016.

                                                                      /s/ Loretta C. Biggs
                                                    United States District Judge